No. 594. AMERICAN CIVIL LIBERTIES UNION ET AL. *v.* CITY OF CHICAGO ET AL. Appeal from the Supreme Court of Illinois. *Per Curiam:* The appeal is dismissed for want of a final judgment. MR. JUSTICE BLACK, MR. JUSTICE

DOUGLAS and MR. JUSTICE HARLAN dissent. *Leon Despres* for appellants.